```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10481
    KIMBERLY C LEWIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5393

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/26/2008 and was confirmed 06/25/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  SECURED NOT I         .00            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          2715.52           .00            .00
ILLINOIS DEPT OF EMPL0YM  UNSECURED          3126.69           .00            .00
AIS SERVICES LLC          UNSECURED           386.68           .00            .00
CREDIT ACCEPTANCE CORP    SECURED VEHIC      5500.00         67.23         653.82
COMMONWEALTH EDISON       UNSECURED          1618.12           .00            .00
PLAINS COMMERCE BANK      UNSECURED           184.28           .00            .00
AARON RENTS INC           SECURED            1000.00          7.22          76.87
AARON RENTS INC           UNSECURED           259.15           .00            .00
CREDIT ACCEPTANCE CORP    UNSECURED          1403.19           .00            .00
RENT A CENTER             SECURED NOT I    NOT FILED           .00            .00
RENT A CENTER             UNSECURED        NOT FILED           .00            .00
T MOBILE                  UNSECURED        NOT FILED           .00            .00
AFNI                      UNSECURED        NOT FILED           .00            .00
NEXTEL                    UNSECURED        NOT FILED           .00            .00
K MART                    UNSECURED        NOT FILED           .00            .00
KMART                     UNSECURED        NOT FILED           .00            .00
AMERI CREDIT              UNSECURED        NOT FILED           .00            .00
AMERILOAN                 UNSECURED        NOT FILED           .00            .00
BALLYS                    UNSECURED        NOT FILED           .00            .00
MCI                       UNSECURED        NOT FILED           .00            .00
CHECK INTO CASH           UNSECURED        NOT FILED           .00            .00
CHECK SYSTEMS             UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED          3419.86           .00            .00
CITY OF CHICAGO HEIGHTS   UNSECURED        NOT FILED           .00            .00
US CELLULAR               UNSECURED        NOT FILED           .00            .00
CONSOLIDATED COMMUNICATI  UNSECURED        NOT FILED           .00            .00
COOK COUNTY STATES ATTOR  UNSECURED        NOT FILED           .00            .00
RCN CHICAGO               UNSECURED        NOT FILED           .00            .00
COSTCO                    UNSECURED        NOT FILED           .00            .00
WOW INTERNET & CABLE SER  UNSECURED        NOT FILED           .00            .00
COMCAST                   UNSECURED        NOT FILED           .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 10481 KIMBERLY C LEWIS
```

```
FIRST BANK OF DELAWARE    UNSECURED        NOT FILED              .00               .00
DEVON FINANCIAL SERVICE   UNSECURED        NOT FILED              .00               .00
ER SOLUTIONS              UNSECURED        NOT FILED              .00               .00
KDAR LLC                  UNSECURED        NOT FILED              .00               .00
FIRST CASH                UNSECURED        NOT FILED              .00               .00
FITNESS FORMULA           UNSECURED        NOT FILED              .00               .00
ECMC                      UNSECURED         56692.97              .00               .00
GUARANTY BANK             UNSECURED        NOT FILED              .00               .00
HSBC NV                   UNSECURED        NOT FILED              .00               .00
HSBC TAXPAYER FINANCIAL   UNSECURED        NOT FILED              .00               .00
KDAR LLC                  UNSECURED        NOT FILED              .00               .00
LITTLE CO MARY HOSPITAL   UNSECURED        NOT FILED              .00               .00
MAC CORMAC COLLEGE        UNSECURED        NOT FILED              .00               .00
MCI                       UNSECURED        NOT FILED              .00               .00
NATIONAL QUICK CASH       UNSECURED        NOT FILED              .00               .00
NDC CK SVC                UNSECURED           321.43              .00               .00
NOEL ALCANTARA            UNSECURED        NOT FILED              .00               .00
ST XAVIER UNIVERSITY      UNSECURED        NOT FILED              .00               .00
TCF NATIONAL BANK         UNSECURED        NOT FILED              .00               .00
TORRES CREDIT SVC         UNSECURED        NOT FILED              .00               .00
TOTAL CARD SOLUTIONS      UNSECURED        NOT FILED              .00               .00
WALGREENS                 UNSECURED        NOT FILED              .00               .00
WASHINGTON MUTUAL         UNSECURED        NOT FILED              .00               .00
AT & T                    UNSECURED        NOT FILED              .00               .00
VATIV RECOVERY SOLUTIONS  UNSECURED           494.15              .00               .00
AARON RENTS INC           FILED LATE          699.41              .00               .00
INTERNAL REVENUE SERVICE  PRIORITY           2514.38              .00            120.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,424.00                            1,223.07
TOM VAUGHN                TRUSTEE                                                 186.79
DEBTOR REFUND             REFUND                                                     .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          2,335.00

PRIORITY                                                  120.00
SECURED                                                   730.69
     INTEREST                                              74.45
UNSECURED                                                    .00
ADMINISTRATIVE                                          1,223.07
TRUSTEE COMPENSATION                                      186.79
DEBTOR REFUND                                                .00
                             ----------------       ----------------
TOTALS                           2,335.00               2,335.00


              PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 10481 KIMBERLY C LEWIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE